IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hodges, Lyonel T | Case Number: 08 B 16364 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/04/08 | Filed: 6/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,435.00 | |
| Secured: | | 922.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,286.92 |
| Trustee Fee: | | 225.73 |
| Other Funds: | | 0.00 |
| Totals: | 3,435.00 | 3,435.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,286.92 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 750.00 | 43.50 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 15,152.96 | 878.85 |
| 6. | Home Loan Services | Secured | 3,433.02 | 0.00 |
| 7. | Home Loan Services | Secured | 16,992.76 | 0.00 |
| 8. | Internal Revenue Service | Priority | 3,576.87 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 3,767.37 | 0.00 |
| 10. | Bank Of America | Unsecured | 122.52 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 7,801.69 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 908.05 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 903.03 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 1,175.56 | 0.00 |
| 15. | CitiFinancial Auto Credit Inc | Unsecured | 2,087.06 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Karyn A Hodges | Priority | | No Claim Filed |
| 18. | H&F Law | Unsecured | | No Claim Filed |
| | | | $ 59,170.89 | $ 3,209.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 64.13 |
| 6.6% | 161.60 |
| | $ 225.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hodges, Lyonel T | Case Number:  08 B 16364 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/04/08 | Filed:  6/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

